UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd_____, Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____, Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Theresa A. Nunez_    Case No.: 13-18459-BKC-PGH
Last Four Digits of SS# _-5211_

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $1,605.54 for months 1 to 21 ;
B. $1,752.51 for months 22 to 60 ;
C. $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,425.00 ($3,650.00 + $775 MTV)    TOTAL PAID $1,179.00
Balance Due $3,246.00    payable $154.57 /month (Months 1 to 21 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1._____  PAY-OFF TOTAL $_____ payable $____ /month (Months ____ to ____ )
Account No:_____  [payment includes % interest for total payments of $].

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| FV-1, Inc. in Trust for Morgan Stanley Mortgage Capital Holdings LLC and/or Specialized Loan Servicing LLC and/or PNC Bank, NA f/k/a Harbor Federal Savings Bank acct...2703 | 2055 SW 3rd Street, Okeechobee, FL 34974 $70,000.00 | 4.5 % | $1,305.01 | 1 To 60 | $78,300.60 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____  Total Due $_____
Payable $_____ /month (Months ____ to ____ )

Unsecured Creditors: Pay $288.18 /month (Months 22 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: David Conlon(re: mortgages on 7960 SW 9th St., Okeechobee, FL 34974 and 7920 SW 9th St., Okeechobee, FL 34974), PNC Bank, NA, Paula Baker, Glades County Tax Collector, Paula Baker, and Okeechobee County Tax Collector(re: 7960 SW 9th St., Okeechobee, FL 34974 ; 7920 SW 9th St., Okeechobee, FL 34974; 413 SW Park St., Okeechobee, FL 34974; and 2055 SW 3rd St., Okeechobee, FL 34974), to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____
Date: 11-6-13

LF-31 (rev. 01/08/10)